IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SMITH OPTICS, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OAKLEY, INC., a Washington corporation; and EYE SAFETY SYSTEMS, INC., a Delaware corporation,<br><br>　　　　Defendants. | Case No.  1:12-CV-120-BLW<br><br>**ORDER OF NON-RECUSAL** |

　　In a prior Order (docket no. 23), the Court disclosed a potential conflict it had in this case and ruled that unless all parties file a written agreement on or before July 31, 2012, that the Court need not recuse itself pursuant to Canons 3(C)(1) & (D), the Court will recuse itself and direct the Clerk to reassign this case to another Judge. Prior to that deadline, the parties filed a Stipulation that the Court need not be disqualified. Accordingly, the Court will not recuse itself from this case.

DATED:  **July 20, 2012**

_[signature]_
B. LYNN WINMILL
Chief Judge
United States District Court

Order - 1