# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SMITH OPTICS, INC., an Idaho corporation,<br><br>   Plaintiff,<br><br>v.<br><br>OAKLEY, INC., a Washington corporation; and<br>EYE SAFETY SYSTEMS, INC.,<br>a Delaware corporation,<br><br>   Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 1:12-cv-0120-BLW<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

Timely application having been made and good cause having been shown pursuant to Dist. Idaho Loc. Patent R. 3.7,

NOW THEREFORE IT IS HEREBY ORDERED that Defendants' motion for leave to amend patent infringement contentions (docket no. 27) is GRANTED.

DATED: August 9, 2012

_____
B. Lynn Winmill
Chief Judge United States District Court