# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SMITH OPTICS, INC., an Idaho corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>OAKLEY, INC., a Washington corporation; and<br>EYE SAFETY SYSTEMS, INC.,<br>a Delaware corporation,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 1:12-cv-0120-BLW<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE <u>ONLY</u> CLAIMS AND COUNTERCLAIMS RELATED TO U.S. PATENT NO. D581,450 PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the Joint Motion to Dismiss With Prejudice <u>Only</u> Claims and Counterclaims Related to U.S. Patent No. D581,450, (docket no. 36) is GRANTED.

IT IS FURTHER ORDERED, that all claims, counterclaims, and defenses currently pending in the above-captioned action involving Oakley's United States Design Patent No. D581,450 are hereby dismissed with prejudice and without costs to any party.



DATED: June 13, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court