# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SMITH OPTICS, INC., an Idaho corporation, | ) Case No. 1:12-cv-0120-BLW |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING STIPULATED MOTION TO EXTEND FACTUAL DISCOVERY DEADLINE** |
| OAKLEY, INC., a Washington corporation; and EYE SAFETY SYSTEMS, INC., a Delaware corporation, | ) |
| Defendants. | ) |
| AND RELATED COUNTERCLAIMS | ) |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulated Motion to Extend Factual Discovery Deadline (docket no. 40) is GRANTED.

IT IS FURTHER ORDERED, that the factual discovery deadline is extended to October 11, 2013.

DATED: June 17, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court